

**IT IS ORDERED as set forth below:**

Date: December 30, 2020

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18-42547-PWB |
| Penny Caroline Holcomb, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

### ORDER ON DEBTOR'S MOTION TO SELL REAL PROPERTY

On November 24, 2020, Debtor filed a Motion to Sell Real Property Pursuant to Bankruptcy Rule 6004 (Doc No. 56) seeking an approval of sale of one house located at 676 Pendley Rd SE, Calhoun, GA 30701.

The Debtor will receive approximately $209,000 from the sale of the house and currently owes approximately $195,396.73 on the mortgage. The debtor is selling the property "as is" to Patriot Home Buyers, LLC. The sale price is lower than what is indicated on Schedule A due to water damage. The mortgage of 5/3 Bank will be paid off at the closing. The debtor plans to use the excess proceeds to pay down her bankruptcy case.

The Motion was set for a hearing and held on December 9, 2020. Debtor's counsel was present and a consent agreement was reached with the Chapter 13 Trustee. It is hereby

**ORDERED** that the sale of the above listed property for approximately $209,000.00 is approved. It is further

**ORDERED** that the proceeds from the sale shall go to pay down the Debtor's Chapter 13 Bankruptcy Case.

[END OF DOCUMENT]

Prepared and Presented by:
___/s/_____
Dan Saeger
Attorney for Debtor
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave. Ste D
Dalton, GA 30720
706-529-5566
dan@whitfieldcountylaw.com

With Consent:

_____/s/_____ *with express permission*
Albert C. Guthrie, Staff Attorney for Mary Ida Townson
Chapter 13 Trustee
Georgia Bar No. 142399
285 Peachtree Center Ave
Suite 1600
Atlanta, GA  30303

## **DISTRIBUTION LIST**

All parties on the mailing Matrix.